**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JOHN M. PATTERSON**                                                    **PLAINTIFF**

**VS.**                                      **CAUSE NO.: 1:19-cv-00048-HSO-JCG**

**HERITAGE PROPERTIES, INC.;**
**APARTMENT CONSTRUCTION SPECIALIST, LLC;**
**WILLOW OAK, INC.; AND PABLO CERVANTES**            **DEFENDANTS**

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41, F.R.Civ.P., Plaintiff John Patterson stipulates to the dismissal of Defendant Willow Oak, Inc. only. This dismissal is without prejudice and does not operate as a dismissal of any other defendant. Each party will bear its own costs.

So stipulated, this the 29th day of August, 2019.

AGREED:

| | |
|---|---|
| */s/ Corban Gunn* | */s/ Robert E. Briggs* |
| Corban Gunn (MSB#101752) | Robert E. Briggs (MSB#99527) |
| *Counsel for Plaintiff* | *Counsel for Defendant Willow Oak* |
| | |
| */s/ Paul Blake* | */s/ Lynda Carter* |
| Paul Blake (MSB#102478) | Lynda Carter (MSB# 99539) |
| *Counsel for Defendant Heritage* | *Counsel for Defendant Apartment Construction* |