# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHN M. PATTERSON**                                                       **PLAINTIFF**

**VERSUS**                                         **CAUSE NO.: 1:19-cv-48-HSO-JCG**

**HERITAGE PROPERTIES, INC., ET AL.**                         **DEFENDANTS**

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41, F.R.Civ.P., Plaintiff John Patterson stipulates to the dismissal of Defendant Pablo (Paulo) Cervantes, only. This dismissal is without prejudice and does not operate as a dismissal of any other defendant. Each party will bear its own costs.

So stipulated, this the 5th day of December, 2019.

AGREED:

*s/ Corban Gunn*
Corban Gunn, (MSB #101752)
Counsel for Plaintiff

*s/ Paul Blake*
Paul Blake, (MSB #102478)
Counsel for Defendant Heritage Properties, Inc.

*s/ Lynda Carter*
Lynda Carter, (MSB #99539)
Counsel for Defendant Apartment Construction Specialists, LLC