IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN M. PATTERSON**                                        **PLAINTIFF**

**VERSUS**                                     **CAUSE NO.: 1:19-cv-48-HSO-JCG**

**HERITAGE PROPERTIES, INC.;**
**APARTMENT CONSTRUCTION SPECIALIST, LLC;**
**WILLOW OAK, INC.; AND**
**PABLO CERVANTES**                                     **DEFENDANTS**

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, John M. Patterson, and Defendants, Heritage Properties, Inc. and Apartment Construction Specialist, LLC hereby file this Agreed Stipulation of Dismissal with Prejudice under the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii). Pursuant to this stipulation, all parties who have appeared in this action stipulate to the dismissal, with prejudice, of this action in its entirety. This dismissal includes all claims that were made or could have been made by Plaintiff and all counterclaims that were made or could have been made by Defendants.

So stipulated, this the 31st day of December, 2019.

AGREED AND STIPULATED:

*/s/Corban Gunn*
CORBAN GUNN (MSB #101752)
*Attorney for Plaintiff*

*/s/Lynda Carter*
LYNDA CARTER (MSB #99539)
KAITLYN MCMELLON (MSB #105704)
*Attorney for Defendant, Apartment Construction Specialist, LLC*

*/s/Paul Blake*
PAUL P. BLAKE, (MSB #102478)
ROBERT P. THOMPSON, (MSB #8188)
*Attorneys for Defendant, Heritage Properties, Inc.*